UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| | ) No. 09-10426 |
| EQUIPMENT FINDERS, INC. OF | ) (Adv. Proc. No. 11-00252) |
| TENNESSEE, | ) Judge Lundin |
| | ) |
| Debtor. | ) |

| | |
|---|---|
| EQUIPMENT FINDERS, INC. OF | ) |
| TENNESSEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-0817 |
| | ) Judge Sharp |
| | ) |
| FIREMAN'S FUND INSURANCE | ) |
| COMPANY and COMMERCIAL | ) |
| INSURANCE ASSOCIATES, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motions for Withdrawal of Reference of Adversary Proceedings filed by Fireman's Fund Insurance Company (Docket No. 1) and Commercial Insurance Associates, LLC (Docket No. 3) are hereby DENIED. Said denials are without prejudice for a renewal of said Motions if, and when, the case is ready to be set for trial.

It is SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE